DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASANKA WEERASURIYA,**
Appellant,

v.

**MARION WEERASURIYA,**
Appellee.

No. 4D2024-3335

[September 10, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Darren Shull, Judge; L.T. Case No. 502023DR003147.

Asanka Weerasuriya, Delray Beach, pro se.

Marion Weerasuriya, Sarasota, pro se.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

KUNTZ, C.J., FORST and KLINGENSMITH, JJ., concur.

*　　　*　　　*

***Not final until disposition of timely filed motion for rehearing.***